No. 722. MOORE-MCCORMACK LINES, INC., v. RICH-ARDSON, EXECUTRIX, ET AL. C. A. 2d Cir. Certiorari denied. *Eugene Underwood* for petitioner. *Henry N. Longley, Benjamin H. Siff, Bernard Rolnick* and *Louis R. Harolds* for respondents.

No. 800. CROWN ZELLERBACH CORP. v. FEDERAL TRADE COMMISSION. C. A. 9th Cir. Certiorari denied. *Arthur H. Dean, Howard T. Milman* and *Philip S. Ehrlich* for petitioner. *Solicitor General Cox, Assistant Attorney General Loevinger, Lionel Kestenbaum* and *James McI. Henderson* for respondent.

No. 823. PAN AMERICAN PETROLEUM CORP. v. KANSAS-NEBRASKA NATURAL GAS Co., INC. C. A. 8th Cir. Certiorari denied. *William J. Grove, Carroll L. Gilliam, Byron M. Gray, W. W. Heard* and *Wm. H. Emerson* for petitioner. *Oscar Cox, Malcolm S. Langford, James D. Conway* and *Richard B. Berryman* for respondent. *Solicitor General Cox, Ralph S. Spritzer, Richard A. Solomon, Howard E. Wahrenbrock* and *Josephine H. Klein* for the Federal Power Commission, and *George D. Horning, Jr.* for Western Natural Gas Co., *amici curiae.*

No. 958. WASHINGTON-OREGON SHIPPERS COOPERATIVE ASSOCIATION, INC., v. SCHUMACHER ET AL., TAX COMMISSIONERS OF WASHINGTON. Supreme Court of Washington. Certiorari denied. *Sam A. Wright* for petitioner. *John J. O'Connell*, Attorney General of Washington, *John W. Riley*, Chief Assistant Attorney General, and *Timothy R. Malone*, Assistant Attorney General, for respondents.